UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 05-CR-81168-DT

HON. PAUL D. BORMAN

JOHN THOMAS STEWART BUSH,

    Defendant.
                                      /

## **ORDER CONTINUING SUPERVISED RELEASE VIOLATION HEARING**

Defendant appeared before the court on June 23, 2008 to respond and admit to his violation of the following conditions of supervised release:

1) "The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month." and "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

2) " The defendant shall work at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons."

Counsel for the government and the defendant have requested a continuance of the hearing for a period of 90 days. Therefore, for the reasons stated on the record:

IT IS ORDERED that the defendant's supervised release violation hearing is continued until **September 3, 2008 at 2:00 p.m.**

IT IS FURTHER ORDERED that the defendant be released from custody and his supervised release is continued with the following additional conditions:

1. The defendant is to reside with his cousin at 21427 Eastwood, Warren, MI.

2. Drug Testing is imposed.

3. The defendant is permitted to travel to the Lansing Michigan area for his employment.

S/Paul D. Borman  
HON. PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2008